UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LEAH KELLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARYVILLE COLLEGE, )<br>)<br>Defendant. ) | No.: 3:23-cv-349-TAV-DCP |

## ORDER

This matter is before the Court on the parties' Joint Motion to Amend Scheduling Order and Continue Trial Date [Doc. 20]. In the motion, the parties indicate that additional time is necessary to complete discovery in this case.

In light of the lack of opposition and for good cause shown, the parties' Joint Motion to Amend Scheduling Order and Continue Trial Date [Doc. 20] is **GRANTED**. It is hereby **ORDERED** that the trial, previously scheduled for July 22, 2025, is **RESCHEDULED** for **Tuesday, November 4, 2025, at 9:00 a.m.** It is further **ORDERED** that the final pretrial conference, previously scheduled for July 14, 2025, is **RESCHEDULED** for **Monday, October 27, 2025 at 10:00 a.m.** All unexpired scheduling deadlines, as of the date of the filing of the motion [Doc. 20], **SHALL** be applied as calculated from the new trial date and according to the same time limitations set forth in the Court's original scheduling order [Doc. 13].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE