# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| LEAH KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No.: 3:23-cv-00349 |
| | ) | Judge: Varlan/Poplin |
| v. | ) | |
| | ) | |
| MARYVILLE COLLEGE, | ) | **JURY DEMAND** |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the Parties, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulate that this matter, and all claims asserted therein, are dismissed with prejudice. The Parties will bear their own costs, expenses, and fees.

RESPECTFULLY SUBMITTED this the 25th day of April, 2025.

**THE BURKHALTER LAW FIRM, P.C.**

s/Zachary J. Burkhalter
David A. Burkhalter, II, TN BPR #004771
D. Alexander Burkhalter, III, TN BPR #033642
Zachary J. Burkhalter, TN BPR #035956
Attorneys for Plaintiff
P.O. Box 2777
Knoxville, Tennessee 37901
(865) 524-4974

**WOOLF, McCLANE, BRIGHT,
ALLEN & CARPENTER, PLLC**

s/J. Keith Coates, Jr.
J. Keith Coates, Jr., BPR #025839
Kaitlyn E. Hutcherson, BPR #035188
Attorneys for Defendant
Post Office Box 900
Knoxville, Tennessee 37901
(865) 215-1000